**Order entered November 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01401-CR

**LUIS ROCHA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82347-2014**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**. The State's brief is deemed filed November 28, 2016.

/s/    DAVID L. BRIDGES
          PRESIDING JUSTICE